**Steven F. Cade, OSB #106466**　　　　　　　　The Honorable Michael H. Simon
**scade@williamskastner.com**
WILLIAMS KASTNER GREENE & MARKLEY
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Phone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Defendants Umpqua Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLIAM WALTERS,** <br><br> Plaintiff, <br><br> v. <br><br> **Umpqua Bank, N.A., and DOES 1 through 100 inclusive,** <br><br> Defendant. | Case No.  3:18-cv-01017-SI <br><br> STIPULATION FOR JUDGMENT OF DISMISSAL |

COMES NOW Bankruptcy Trustee, Kenneth S. Eiler ("Eiler"), in pro per, and Defendant, Umpqua Bank, N.A., ("Umpqua")  through is attorneys, who jointly submit this stipulation for a judgment of dismissal, with prejudice, of all claims filed by plaintiff William Walters in this matter, with no award of costs or fees to any party.

/ / /

Page 1 -  STIPULATION FOR JUDGMENT OF DISMISSAL

**Williams Kastner Greene & Markley**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

6795502.1

Now, therefore, the parties stipulate as follows:

1. Plaintiff William Walters ("Plaintiff") filed this action seeking damages under the Telephone Consumer Protection Act and other statutes (the "Claims").

2. Umpqua filed a counterclaim for breach of contract (the "Counterclaim").

3. Plaintiff then filed bankruptcy in the United States Bankruptcy Court of the District of Oregon, Case No. 18-34125-pcm7 (the "Bankruptcy Case").

4. Eiler was appointed Trustee in the Bankruptcy Case, with full power to compromise the Claims.

5. Eiler and Umpqua have reached agreement to dismiss the Claims, with prejudice, and the Counterclaims without prejudice, and with no award of fees or costs to either party, which agreement was presented in the Bankruptcy Case and was approved. The Counterclaim shall be resolved through the Bankruptcy Case.

6. This Case should be dismissed as stated herein.

IT IS SO STIPULATED, this 26th day of March, 2019

| /s/ Kenneth S. Eiler | /s/ Steven F. Cade |
|---|---|
| Kenneth S. Eiler | Steven F. Cade, OSB #106466 |
| 515 NW Saltzman Road, PMB 810 | WILLIAMS KASTNER GREENE & MARKLEY |
| Portland, OR 97229 | 1515 SW Fifth Avenue, Suite 600 |
| Kenneth.eiler7@gmail.com | Portland, OR 97201 |
| | Email: scade@williamskastner.com |
| *Trustee over Assets of Plaintiff in Case 18-34125-pcm7* | (503) 228-7967 |
| | *Attorneys for Defendants Umpqua Bank, N.A.* |

Page 2 -    STIPULATION FOR JUDGMENT OF DISMISSAL

**Williams Kastner Greene & Markley**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

6795502.1

## CERTIFICATE OF SERVICE

I certify that I served the foregoing STIPULATION FOR JUDGMENT OF DISMISSAL on the following attorneys by the method indicated below on the 26th day of March, 2019:

*Attorneys for Plaintiff:*

| | |
|---|---|
| Kyle Schumacher, Esq.<br>Sagaria Law, P.C.<br>3017 Douglas Blvd., Suite 200<br>Roseville, CA 95661<br><br>Email: kschumacher@sagarialaw.com | ✓ Via First Class Mail<br>___ Via Federal Express<br>___ Via Facsimile<br>___ Via Hand-Delivery<br>___ Via E-Mail<br>✓ Via the court's Efiling system at the party's email address as recorded on the date of service in the Efiling system. |

WILLIAMS KASTNER GREENE & MARKLEY

By /s/ Steven F. Cade
    Steven F. Cade, OSB #106466
    *Attorneys for Defendants*

Page 1 -    CERTIFICATE OF SERVICE

**Williams Kastner Greene & Markley**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Telephone: (503) 228-7967 • Fax (503) 222-7261

6795502.1