# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **WILLIAM WALTERS**, | Case No. 3:18-cv-1017-SI |
| Plaintiff, | **ORDER** |
| v. | |
| **UMPQUA BANK, N.A., and DOES 1 through 100 inclusive**, | |
| Defendants. | |

**Michael H. Simon, District Judge.**

Based on the stipulation of the parties (ECF 13), this case is dismissed. Plaintiff's claims are dismissed with prejudice and Defendant Umpqua Bank, N.A.'s counterclaim is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED this 28th day of March, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – ORDER