IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **WILLIAM WALTERS**,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**UMPQUA BANK, N.A., and DOES 1 through 100 inclusive**,<br><br>　　　　Defendants. | Case No. 3:18-cv-1017-SI<br><br>**JUDGMENT** |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 28th day of March, 2019.

　　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*　　　　
　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – JUDGMENT